NYCTL 2019-A Trust v 196 E. 7th St. LLC (2026 NY Slip Op 01013)

NYCTL 2019-A Trust v 196 E. 7th St. LLC

2026 NY Slip Op 01013

Decided on February 24, 2026

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: February 24, 2026

Before: Renwick, P.J., Kennedy, Rodriguez, Pitt-Burke, O'Neill Levy, JJ. 

Index No. 158758/25|Appeal No. 5924|Case No. 2025-05804|

[*1]NYCTL 2019-A Trust, et al., Plaintiffs,
v196 East 7th Street LLC, et al., Defendants.

196 East 7 Venture LLC, Nonparty-Appellant,
v198 East Tenants Corp., Nonparty-Respondent.

Kellner Herlihy Getty & Friedman LLP, New York (Doughlas A. Kellner of counsel), for appellant.
Braverman Greenspun PC, New York (Kelly A. Ringston of counsel), for respondent.

Order, Supreme Court, New York County (Francis A. Kahn III, J.), entered on or about September 17, 2025, which denied nonparty-appellant 196 East 7 Venture LLC's motion for a writ of assistance pursuant to Real Property Actions and Proceedings Law § 221, unanimously affirmed, with costs.
RPAPL 221 was not the appropriate vehicle to seek dispossession of nonparty-respondent. By its terms, the statute authorizes a writ of assistance "if a party . . . withholds possession." Further, issuance of a writ of assistance "against one who was not joined as a party to the proceeding would violate due process" (Goshen Mtge., LLC v Cumberbatch, 219 AD3d 806, 807 [2d Dept 2023] [internal quotation marks omitted]; see Gibbs v Kinsey, 170 AD2d 1049, 1049 [4th Dept 1991]). Appellant's reliance on CPLR 6501(a) is misplaced because that section does not account for how RPAPL 221 could be used against a nonparty despite the latter section's requirement that the target of the writ be a party.
We have considered the remaining arguments and find them unavailing.
THIS CONSTITUTES THE DECISION AND ORDER OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: February 24, 2026